```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-30-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    - v. -        24-CR-168 (ALC)

**ORDER**

Peken Global Limited, d/b/a KuCoin,

    Defendant.

---------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **January 27, 2025, at 2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
             January 24, 2025

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**